CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 22 2016
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) Case No. 5:12-cr-00014 |
| v. | )<br>) |
| ALFANCO DEXTER BRITTON,<br><br>Defendant. | )<br>) By: Michael F. Urbanski<br>) United States District Judge<br>) |

### ORDER

Before the court are multiple motions regarding the briefing schedule in Petitioner Alfanco Dexter Britton's 28 U.S.C. § 2255 motion, in which he raised claims of ineffective assistance of counsel. ECF No. 583. In its previous order, the court allowed the Federal Public Defender to represent Britton generally on the claims raised in his § 2255 motion, permitted the Federal Public Defender to file supplemental briefing on or before August 22, 2016, and ordered the United States to file a response on or before September 23, 2016. ECF No. 654.

The United States asks that this case be stayed pending resolution of Beckles v. United States, No. 15-8544. ECF No. 655. Petitioner asked that he be given until July 28, 2016 to respond to the United States' motion to stay. ECF No. 656. Petitioner now asks that the court grant an extension allowing counsel to file supplemental materials in support of Britton's motion under 28 U.S.C § 2255 on or before November 18, 2016.

The United States' motion to stay, ECF No. 655, is **DENIED**. Petitioner's motion that he be given until July 28, 2016 to respond to the motion to stay, ECF No.656, is **MOOT**. Petitioner's motion that he have until November 18, 2016 to file supplemental

briefing is **GRANTED in part.** Counsel for petitioner is **ORDERED** to file any supplemental briefing on or before October 14, 2016. The United State is **ORDERED** to file a response on or before November 15, 2016.

It is so **ORDERED.**

Entered: 08-19-2016

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge